IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-02932-RBJ-BNB

VORTEK INSTRUMENTS, LLC, a Colorado limited liability company,

     Plaintiff,

v.

FIRSTIER BANK, INC., a Colorado corporation, and the
FEDERAL DEPOSIT INSURANCE CORPORATION, a Washington, D.C.
corporation and duly appointed receiver for Firstier Bank, Inc.,

     Defendants.

---

## ORDER TO SET SCHEDULING CONFERENCE

---

This matter comes before the Court *sua sponte.* The parties are ordered to set an initial

scheduling conference in this Court (with Judge Jackson) pursuant to Fed. R. Civ. P. 16(b) and

D.C.COLO.LCivR 16.1 no later than 45 days after all responsive pleadings are filed. Each

party's lead trial counsel shall attend the conference. The conference shall be held in Courtroom

A-702, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties are

directed to jointly contact Mary DeRosa by telephone at (303) 844-4694 or by email at

Jackson_Chambers@cod.uscourts.gov to obtain a scheduling conference date.

A meeting for the purposes of attempting to agree on a scheduling order and satisfying

the requirements of Fed. R. Civ. P. 26(f) should be held no later than 21 days before the

proposed scheduling order is tendered. The proposed scheduling order, which should be

prepared as described in Appendix F to the local rules, should be tendered no later than five days

before the scheduling conference. The proposed scheduling order should set forth the parties'

agreement or their respective positions on the matters set forth in Appendix F.  A copy of

instructions for the preparation of a scheduling order and a form scheduling order can be

downloaded from the Court's website (http://www.cod.uscourts.gov/Forms.aspx).

      DATED this 14th day of November, 2011.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge